FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

NOV 15 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

IN THE MATTER OF THE EXTRADITION )    Case No. 2:13-mj-882-VCF
                                   )

OF MARC ADAM TO CANADA        )    ORDER
                                     )

             Defendant.        )

---

The Court having received the Complaint filed on November 4, 2013, by Cristina D. Silva, Assistant United States Attorney for the District of Nevada, for and on behalf of the Government of Canada, pursuant to the request of the Government of Canada, for the provisional arrest and extradition of MARC ADAM, and an affidavit executed by MARC ADAM and witnessed by his attorney, Assistant Federal Public Defender Shari Kaufman;

And, further, the Court having been advised in open session that MARC ADAM is a fugitive sought by the Government of Canada; that he is aware that the Government of Canada has filed charges against him and has obtained a warrant for his arrest; that he has reviewed the Complaint filed by the United States Attorney for this judicial district; that he has been fully advised of his rights in this country pursuant to the extradition treaty in force between the Government of the United States and the Government of Canada and Title 18, United States Code, Section 3184, et seq., and that he has knowingly and voluntarily waived those rights;

IT IS THEREFORE ORDERED that MARC ADAM be committed to the custody of the United States Marshal for the District of Nevada pending arrival of the duly authorized representatives of the Government of Canada, at which time the United States Marshal shall deliver him, together with any evidence seized incidental to his arrest and sought by the

4

1  Government of Canada to the custody of such authorized representatives to be transported to

2  District of Kamouraska in the Province of Québec, Canada to be held for trial or other

3  disposition; and

4      IT IS FURTHER ORDERED that the transfer of physical custody of MARC ADAM,

5  together with any evidence seized shall be at such time and place as mutually agreed upon by

6  the United States Marshal for the District of Nevada and the duly authorized representatives of

7  the Government of Canada.

8      The Clerk of the Court is directed to forward copies of this Order and the executed

9  Affidavit of Waiver to the Director, Office of International Affairs, Criminal Division,

10  Department of Justice, in Washington, D.C., and the Assistant United States Attorney Cristina

11  D. Silva.

12      SO ORDERED, this 15th day of November, 2013.

13

14  _____

15  Honorable Cam Ferenbach
   United States Magistrate Judge
   District of Nevada

16

17

18

19

20

21

22

23

24                 5